In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13292

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MINAL PATEL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:19-cr-80181-RAR-1

_____

ORDER:

2                          Order of the Court                    23-13292

The motion for an extension of time to and including September 30, 2024, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.


/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE