IN THE

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

23-13292-G
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

Versus

MINAL PATEL

Defendant-Appellant.
_____

A DIRECT APPEAL OF A CRIMINAL CASE
FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION
_____

UNOPPOSED MOTION TO STAY DEADLINE FOR INITIAL BRIEF

LEIGH ANN WEBSTER
Georgia State Bar Number: 968087
Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
404-590-7967

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

versus                                                 APPEAL NO. 23-13292-G

MINAL PATEL,

      Defendant - Appellant.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. Rule 26.1-1, counsel for certifies that the following listed attorneys, persons, associations of persons, firms, partnerships, or corporations may have an interest in the outcome of this appeal:

Aetna, Inc., a subsidiary of CVS Health Corporation (CVS)

Argentieri, Nicole M.

Bentley III, A. Lee

Besen, Gene R.

Brown, Richard O. I.

Calderon, Marx

Centene Corporation (CNC)

Centers for Medicare and Medicaid Services

Cuyler Jr., Reginald

CVS Health Corporation (CVS)

Dinnen, Michael W.

Duffy, Jerrob

Dwyer, Jared Edward

Furtado, Kathryn C.

Griner, Shawn

Goodman, Hon. Jonathan, U.S. Magistrate Judge

Gurskis, Emily

Hayes, James V.

Herbert, Brendan I.

Hirsch, Brett

Humana, Inc. (HUM)

Keown, Lindy Kathryn

Klco, Sara Michele

Klugh, Richard C.

Kosmidis, John

Kudman, Tama Beth

Laserna, Peter A.

Loper, Timothy P.

Lytle, Christopher

Matthewman, Hon. William, U.S. Magistrate Judge

McKeon, Christina

Michaels, Steven S.

Miller, Lisa H.

Orr, Gregory Queenan, Patrick J.

Raines, Lauren Goldberg

Raffery, Brian

Ramamurthy, Senthil

Raphael, Kevin E.

Reinhart, Hon. Bruce E., U.S. Magistrate Judge

Rookard, Katherine

Sadow, Steven H.

Salnick, Michael

Samuel, Donald

Sanders, Jeremy R.

Scanlon, John

Speights, Ric

Sporn, Marc

Sztyndor, Robyn Lynn

United HealthCare Services, Inc., a subsidiary of UnitedHealth Group (UNH)

UnitedHealth Group (UNH)

WellCare Health Plans, Inc., a subsidiary of Centene Corporation (CNC)

Zimet, Bruce Alan

Ziros, Athanasios

    Dated: this 13th day of May, 2025.

                                      */s/ Leigh Ann Webster*
                                      Leigh Ann Webster
                                      Georgia Bar No. 968087
                                      Attorney for Minal Patel

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile:  (404) 393-3617
law@stricklandwebster.com

UNOPPOSED MOTION TO STAY DEADLINE FOR INITIAL BRIEF

COMES NOW, Minal Patel, by and through undersigned counsel, and moves this Court to stay the deadline for the initial brief. In support thereof, he shows the following.

After a multi-week trial, Mr. Patel was convicted of conspiracy to commit health care fraud and wire fraud, health care fraud, conspiracy to defraud the United States, payment of kickbacks in connection with a federal health care program, and conspiracy to commit money laundering. (Doc. 544). He was sentenced to 324 months in prison. His appeal is currently pending before this Court. The brief is currently due on June 30, 2025.

Mr. Patel retained undersigned counsel to replace prior counsel and to represent him in this appeal. Upon being retained, counsel moved for an extension of time, which was granted, and the brief is now due on June 30, 2025. However, upon reviewing the materials in this case, counsel learned that numerous hearings had not been transcribed. Consequently, counsel ordered all of the remaining transcripts in this case on April 17, 2025. Those transcripts are now pending.

If a defendant is indigent, such that the transcripts are paid for out of government funds, the briefing schedule is automatically stayed. *See* 11th

1

Cir. R. 31-1(b). Because undersigned counsel is retained, the briefing schedule has not automatically been stayed. Counsel therefore requests that this Court stay the briefing deadline until 60 days after the transcripts are completed. Given the complexity of the issues presented in the case and that counsel is unclear about the impact of the requested transcripts, counsel submits that 60 days is appropriate and necessary in this case. Moreover, counsel anticipates that the transcripts will be completed while she is on pre-scheduled leave and out of the country, which will limit her ability to review them immediately.

Counsel has conferred with the government, and there is no objection to this request.

WHEREFORE, Mr. Patel requests that the briefing schedule be stayed while the transcripts are pending, and that the briefing deadline be set for 60 days after the transcripts are completed.

Dated: This 13th day of May, 2025.

Respectfully submitted,

/s/ Leigh Ann Webster
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Minal Patel

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, Georgia 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com

# CERTIFICATE OF COMPLIANCE

This brief contains 348 words, excluding the parts of the Motion exempted by Fed.R.App.P. 32(a)(7)(B)(iii).

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed by uploading it with the Eleventh Circuit's Electronic Filing System which will automatically serve opposing counsel with the pleading.

Dated: This 13th day of May, 2025.

                                              /s/ Leigh Ann Webster
                                              Leigh Ann Webster
                                              Georgia Bar No. 968087
                                              Attorney for Minal Patel

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com