IN THE

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

23-13292-G
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

Versus

MINAL PATEL

Defendant-Appellant.
_____

A DIRECT APPEAL OF A CRIMINAL CASE
FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION
_____

MOTION FOR SUBSTITUTION OF COUNSEL

LEIGH ANN WEBSTER
Georgia State Bar Number: 968087
Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
404-590-7967

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

versus                                        APPEAL NO. 23-13292-G

MINAL PATEL,

      Defendant - Appellant.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. Rule 26.1-1, counsel for certifies that the following listed attorneys, persons, associations of persons, firms, partnerships, or corporations may have an interest in the outcome of this appeal:

Aetna, Inc., a subsidiary of CVS Health Corporation (CVS)

Argentieri, Nicole M.

Bentley III, A. Lee

Besen, Gene R.

Brown, Richard O. I.

Calderon, Marx

Centene Corporation (CNC)

Centers for Medicare and Medicaid Services

Cuyler Jr., Reginald

CVS Health Corporation (CVS)

Dinnen, Michael W.

Duffy, Jerrob

Dwyer, Jared Edward

Furtado, Kathryn C.

Griner, Shawn

Goodman, Hon. Jonathan, U.S. Magistrate Judge

Gurskis, Emily

Hayes, James V.

Herbert, Brendan I.

Hirsch, Brett

Humana, Inc. (HUM)

Keown, Lindy Kathryn

Klco, Sara Michele

Klugh, Richard C.

Kosmidis, John

Kudman, Tama Beth

Laserna, Peter A.

Loper, Timothy P.

Lytle, Christopher

Matthewman, Hon. William, U.S. Magistrate Judge

McKeon, Christina

Michaels, Steven S.

Miller, Lisa H.

Orr, Gregory Queenan, Patrick J.

Raines, Lauren Goldberg

Raffery, Brian

Ramamurthy, Senthil

Raphael, Kevin E.

Reinhart, Hon. Bruce E., U.S. Magistrate Judge

Rookard, Katherine

Sadow, Steven H.

Salnick, Michael

Samuel, Donald

Sanders, Jeremy R.

Scanlon, John

Speights, Ric

Sporn, Marc

Sztyndor, Robyn Lynn

United HealthCare Services, Inc., a subsidiary of UnitedHealth Group (UNH)

UnitedHealth Group (UNH)

WellCare Health Plans, Inc., a subsidiary of Centene Corporation (CNC)

Zimet, Bruce Alan

Ziros, Athanasios

    Dated: this 20th day of May, 2025.

                                                  */s/ Leigh Ann Webster*
                                                  Leigh Ann Webster
                                                  Georgia Bar No. 968087
                                                  Attorney for Minal Patel

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com

MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Minal Patel, by and through undersigned counsel, and moves this Court for the substitution of counsel. In support thereof, he shows the following.

Mr. Patel previously was represented by Richard Klugh. On March 3, 2025, undersigned counsel entered her appearance on behalf of Mr. Patel and moved to continue the deadline for filing an initial brief, which the Court subsequently granted. Mr. Patel more recently filed a motion to stay the briefing schedule while additional transcripts are pending. The Court notified the parties that it would not take action on that Motion and indicated that counsel should file a motion to substitute counsel. Counsel is therefore moving to substitute undersigned counsel in place of Richard Klugh, which Mr. Klugh stipulates to. Moreover, Mr. Patel requests that the Court rule on his motion to stay the briefing deadline while the transcripts are pending.

WHEREFORE, Mr. Patel requests that this Court substitute undersigned counsel on behalf of Mr. Patel and that the Court rule on his motion to stay the briefing schedule.

Dated: This 20th day of May, 2025.

Respectfully submitted,

*/s/ Leigh Ann Webster*
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Minal Patel

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, Georgia 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com

# CERTIFICATE OF COMPLIANCE

This brief contains 177 words, excluding the parts of the Motion exempted by Fed.R.App.P. 32(a)(7)(B)(iii).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed by uploading it with the Eleventh Circuit's Electronic Filing System which will automatically serve opposing counsel with the pleading.

Dated: This 20th day of May, 2025.

                                            */s/ Leigh Ann Webster*
                                            Leigh Ann Webster
                                            Georgia Bar No. 968087
                                            Attorney for Minal Patel

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com